AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> ISABELLA MARIA DELUCA <br> DOB: XXXXXX <br><br> _____ <br> *Defendant(s)* | ) Case: 1:24-mj-00072 <br> ) Assigned To : Judge Robin M. Meriweather <br> ) Assign. Date : 2/28/2024 <br> ) Description: COMPLAINT W/ARREST WARRANT <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 641, 2 (theft of government property and aiding and abetting theft of government property), <br> 18 U.S.C. § 1752(a)(1) (entering or remaining in restricted buildings or grounds), <br> 18 U.S.C. § 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds) , <br> 40 U.S.C. § 5104(e)(2)(D) (disorderly or disruptive conduct in the Capitol Buildings), <br> 40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol Building). . | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____02/28/2024_____          _____
*Judge's signature*

City and state:          Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                                   *Printed name and title*