AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
ISABELLA MARIA DELUCA

Defendant

Case: 1:24-mj-00072
Assigned To : Judge Robin M. Meriweather
Assign. Date : 2/28/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ISABELLA MARIA DELUCA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 641, 2 (theft of government property and aiding and abetting theft of government property);
18 U.S.C. § 1752(a)(1) (entering or remaining in restricted buildings or grounds);
18 U.S.C. § 1752(a)(2) (disorderly and disruptive conduct in a restricted building or grounds);
40 U.S.C. § 5104(e)(2)(D) (disorderly or disruptive conduct in the Capitol Buildings);
40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol Building).

Date: 02/28/2024

*Issuing officer's signature*
2024.02.28 17:52:57 -05'00'

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/28/2024, and the person was arrested on *(date)* 3/15/24
at *(city and state)* Irvine, California.

Date: 3/15/24

*Arresting officer's signature*

Special Agent Justin Winecoff
*Printed name and title*