# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ISABELLA MARIA DELUCA,<br><br>　　　　Defendant. | Case No. 1:24-mj-00072-RMM |

## NOTICE OF APPEARANCE

　　Deputy Federal Public Defender Samuel Cross, enters his Notice of Appearance on behalf of Defendant Isabella Maria DeLuca.

　　Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: March 18, 2024　　　　　By　/s/ *Samuel Cross*
　　　　　　　　　　　　　　　　　SAMUEL CROSS
　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　(California Bar No. 304718)
　　　　　　　　　　　　　　　　　411 West Fourth Street, Suite 7110
　　　　　　　　　　　　　　　　　Santa Ana, California  92701-4598
　　　　　　　　　　　　　　　　　Telephone:  (714) 338-4500
　　　　　　　　　　　　　　　　　(E-Mail: Sam_Cross@fd.org)

1