UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ISABELLA MARIA DELUCA,<br><br>    Defendant. | Case No. 1:24-mj-00072-RMM |

**MOTION FOR LEAVE TO WITHDRAW**

Undersigned counsel, Deputy Federal Public Defender Samuel Cross, hereby seeks leave to withdraw from representation of Defendant Isabella DeLuca pursuant to Local Criminal Rule 44.5(d). Undersigned counsel has conferred with Attorney Anthony Sabatini, who filed a notice of appearance on March 20, 2024, in this matter for Ms. DeLuca. Mr. Sabatini verified that he represents Ms. DeLuca in this matter.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 21, 2024        By  */s/ Samuel Cross*
SAMUEL CROSS
Deputy Federal Public Defender
(California Bar No. 304718)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
(E-Mail: Sam_Cross@fd.org)

1